# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KIM SCHROEDER**                                                                          **PLAINTIFF**

**v.**                              **CASE NO: 4:15CV00019 BSM**

**PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE